# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RICHARDS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br>CORECIVIC OF TENNESSEE, LLC,<br>　　　　　Defendants. | Case No.: 1:17-cv-1094 - LJO - JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR HIS FAILURE TO FILE THE MOTION FOR CLASS CERTIFICATION AND TO PROSECUTE THIS ACTION |

The Court held a status conference in this and the companion case Gonzalez v. Corrections Corporation of America, Case No. 1:16-cv-01891 DAD JLT on January 22, 2019. At that time, the Court ordered that the motion for preliminary approval of the class settlement would be filed no later than March 29, 2019. (Doc. 34) Despite having filed two stipulations in the companion case to extend this deadline and despite that Court reminding counsel that they had failed to file any such stipulation in this case, the plaintiff has failed to file the motion and has failed to file anything to explain this failure. Thus, the Court **ORDERS**;

1

1. **Within 10 days**, the plaintiff SHALL show cause in writing why sanctions should not be imposed for his to file the motion for class certification and to prosecute this action. Alternatively, within 10 days he may file a stipulation to extend the deadline[1].

IT IS SO ORDERED.

    Dated: __**May 2, 2019**__                    __/s/ Jennifer L. Thurston__
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The Court presumes the reason for the inability to file the motion is the same as has been stated in the companion case but cannot act on this presumption absent such a representation of the parties.