Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN
21550 Oxnard Street, Suite 780
Woodland Hills, California 91367
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff Thomas Richards

*[Additional attorneys listed on following page]*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RICHARDS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CORECIVIC OF TENNESSEE, LLC, <br><br> Defendants. <br> _____ | CASE NO.: 1:17-cv-01094-LJO-JL <br> Consolidated case number: <br> 1:16-cv-01891 DAD JLT <br><br> **Stipulation to Continue the Filing Date of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement from March 29, 2019 to July 15, 2019 and [~~Proposed~~] Order** |

1  PETER R. DION-KINDEM (SBN 95267)
2  THE DION-KINDEM LAW FIRM PETER R. DION-KINDEM, P. C.
3  2945 Townsgate Road, Suite 200 Westlake Village,
   CA 91361 Telephone: (818) 883-4900
4  Fax:  (818) 338-2533
5  Email: peter@dion-kindemlaw.com
   LONNIE C. BLANCHARD, III (SBN 93530)
6  THE BLANCHARD LAW GROUP, APC
7  3579 East Foothill Blvd., No. 338 Pasadena, CA 91107
   Telephone: (213) 599-8255
8  Email: lonnieblanchard@gmail.com
9   Attorneys for Plaintiff Jose Gonzalez

10 PAUL M. GLEASON State Bar No.: 155569
11 TOREY FAVAROTE State Bar No.: 198521
12 4014 Long Beach Blvd., Suite 300
   Long Beach, California 90807
13 Telephone: (562) 548-6700
14 Facsimile: (562) 216-8495
   pgleason@gleasonfavarote.com
15 tfavarote@gleasonfavarote.com
16 Attorneys for Defendant
17 CoreCivic of Tennessee, LLC (formerly CCA of Tennessee, LLC)

The parties to above-captioned matter, by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on November 30, 2018, the parties to this matter and the matter entitled Jose Gonzalez vs. CoreCivic of Tennessee, LLC, Case No 1:16-cv-01891-DAD-JLT (the "Gonzalez matter"), agreed to a settlement of both cases on terms different from those that the Court previously refused to accept; and

WHEREAS, on May 8, 2019, the parties to the Gonzalez matter filed a document entitled "Stipulation to Continue the Filing Date of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement from May 13, 2019 to June 14, 2019 and [Proposed] Order," hereinafter referred to as the "Stipulation," a true and correct copy of which is attached hereto as **Exhibit A**; and

WHEREAS, on May 10, 2019, this Court issued an Order granting the request by the parties to the Gonzalez matter to continue the deadline for Plaintiff to file his unopposed motion for preliminary approval of class action settlement and extended the deadline to July 15, 2019, a true and correct copy of which is attached hereto as **Exhibit B**; and

WHEREAS, for the identical reasons set forth in the May 8, 2019 Stipulation in the <u>Gonzalez</u> matter, the parties to this matter agree that it is in each of their best interest to continue the deadline for Plaintiff to file his motion for preliminary approval to July 15, 2019.

**NOW THEREFORE, THE PARTIES STIPULATE** and agree that good cause exists to continue the deadline for Plaintiff to file his unopposed motion for preliminary approval of class action settlement to July 15, 2019.

Dated: May 15, 2019          Law Offices of Todd. M. Friedman

s/<u>Adrian R. Bacon</u>
Adrian R. Bacon
Attorneys for Plaintiff Thomas Richards

Dated: May 15, 2019          Gleason & Favarote, LLP

s/<u>Paul M. Gleason</u>
Paul M. Gleason
Torey Joseph Favarote
Attorneys for Defendant CoreCivic of Tennessee, LLC

# **ORDER**

Having reviewed the above Stipulation to Continue the Filing Date of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and finding good cause for the relief requested therein, the Court orders that the deadline for Plaintiff to file his unopposed motion for preliminary approval of class action settlement is hereby continued to **July 15, 2019**.

IT IS SO ORDERED.

Dated: **May 17, 2019**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE